# EXHIBIT "A"


@tamarawilliams1

# EXHIBIT "B"



# EXHIBIT "C"

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-259-542**
**Effective Date of Registration:**
July 13, 2021
**Registration Decision Date:**
July 20, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 26, 2021 to July 07, 2021

### Title

**Title of Group:** Tamara Williams Q2 2021
**Number of Photographs in Group:** 82

- **Individual Photographs:** IMG_8689_Pauline_03262021, IMG_8692_Pauline_03262021, IMG_8693_Pauline_03262021, IMG_8691_Pauline_03262021, IMG_8690_Pauline_03262021
  **Published:** March 2021

- **Individual Photographs:** IMG_8533_TheresaO_04202021, IMG_8532_TheresaO_04202021, IMG_8534_TheresaO_04202021, IMG_8094_TabeaG_04222021, IMG_8096_TabeaG04222021, IMG_8095_TabeaG_04222021, IMG_8545_SeezanB_04262021, IMG_8544_SeezanB_04262021, IMG_8543_SeezanB_04262021
  **Published:** April 2021

- **Individual Photographs:** IMG_8547_Giuliana_05032021, IMG_8548_Giuliana_05032021, IMG_8550_Giuliana_05032021, IMG_8549Giuliana_05032021, IMG_8223_MingSavannah_05052021, IMG_8221_MingSavannah_05052021, IMG_8222_MingSavannah_05052021, IMG_8556_MinelYildiz_05062021, IMG_8557_MinelYildiz_05062021, IMG_8555_MinelYildiz_05062021, IMG_8561_NenehSonko_05272021, IMG_8562_NenehSonko_05272021, IMG_8563_NenehSonko_05272021, IMG_8565_HayleyBui_05312021, IMG_8566_HayleyBui_05312021, IMG_8568_HayleyBui_05312021, IMG_8567_HayleyBui_05312021
  **Published:** May 2021

- **Individual Photographs:** IMG_8574_AntoniaFreyaLydia_06032021, IMG_8570_AntoniaFreyaLydia_06032021, IMG_8572_AntoniaFreyaLydia_06032021, IMG_8580_AngeliaA_06072021, IMG_8577_AngeliaA_06072021, IMG_8578_AngeliaA_06072021, IMG_8579_AngeliaA_06072021, IMG_8583_Pauline_06082021, IMG_8581_Pauline_06082021, IMG_8582_Pauline_06082021, IMG_8586_RominaJosefinePalm_06102021, IMG_8585_RominaJosefinePalm_06102021, IMG_8588_RominaJosefinePalm_06102021, IMG_8589_RominaJosefinePalm_06112021,

IMG_8587_RominaJosefinePalm_06112021, IMG_8375_SeezanB_06152021, IMG_8379_SeezanB_06152021, IMG_8374_SeezanB_06152021, IMG_8377_SeezanB_06162021, IMG_8597_TheresaO_06172021, IMG_8596_TheresaO_06172021, IMG_8600_AntoniaFreyaLydia_06212021, IMG_8601_AntoniaFreyaLydia_06212021, IMG_8603_AntoniaFreyaLydia_06222021, IMG_8602_AntoniaFreyaLydia_06222021, IMG_8599_AntoniaFreyaLydia_06222021, IMG_8610_JihoonKim_06242021, IMG_8607_JihoonKim_06242021, IMG_8608_JihoonKim_06242021, IMG_8609_JihoonKim_06242021, IMG_8613_NenehSonko_06282021, IMG_8614_NenehSonko_06282021, IMG_8612_NenehSonko_06282021, IMG_8615_NenehSonko_06282021, IMG_8621_MinelYildiz_06292021, IMG_8617_MinelYildiz_06292021, IMG_8618_MinelYildiz_06292021, IMG_8619_MinelYildiz_06292021, IMG_8620_MinelYildiz_06292021, IMG_8624_HayleyBui_06302021, IMG_8625_HayleyBui_06302021, IMG_8626_HayleyBui_06302021

**Published:** June 2021

- **Individual Photographs:** IMG_8623_HayleyBui_07012021, IMG_8622_HayleyBui_07012021, IMG_8628_AngeliaA_07022021, TabeaG_07052021, IMG_8633_RominaJosefinePalm_07062021, IMG_8632_RominaJosefinePalm_07062021, IMG_8631_RominaJosefinePalm_07062021, IMG_8635_Pauline_07072021, IMG_8636_Pauline_07072021

**Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 26, 2021
**Latest Publication Date in Group:** July 07, 2021
**Nation of First Publication:** Germany

## Author

- **Author:** Tamara Wareka
  **Pseudonym:** Tamara Williams
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** Germany
  **Domiciled in:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Hauptstraße 24a, Kleinbundenbach 66501, Germany

## Rights and Permissions

| | |
|---|---|
| Organization Name: | LK Creative Consulting |
| Name: | Lauren Kelly |
| Email: | lk@lkcreativeconuslting.com |
| Telephone: | (161)789-4508x2 |
| Address: | 305 East 24th street, 20G<br>New York, NY 10010 United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | July 13, 2021 |
| Applicant's Tracking Number: | USCO-07714 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT "D"

Copyright United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002197148
Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

*Tamara Williams 2018 remainder.*

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002197148 / 2020-02-05 |
| Application Title: | Tamara Williams 2018 remainder |
| Title: | Tamara Williams 2018 remainder. [Group registration of published photographs. 87 photographs. 2018-01-01 to 2018-12-25] |
| Description: | 87 photographs : Electronic file (eService) |
| Copyright Claimant: | Tamara Wareka. Address: Hauptstrasse 24a, Kleinbundenbach 66501, Germany. |
| Date of Creation: | 2018 |
| Publication Date Range: | 2018-01-01 to 2018-12-25 |
| Nation of First Publication: | Germany |
| Authorship on Application: | Tamara Williams, pseud. of Tamara Wareka (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| Rights and Permissions: | Lauren Kelly, AUGUST Image, LLC, 793 Broadway, New York, NY 10013, United States, (161) 789-4508 x2, lauren@augustimage.com |
| Copyright Note: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| Photographs: | Published in January 2018 (2 photographs): AU11423827, AU11423826 |
| | Published in October 2018 (20 photographs): AU11480049, AU11480051, AU11480050, AU219251, AU219281, AU219242, AU219288, AU219279, |

AU219276, AU11480060, AU11480059, AU11480058, AU11480056, AU11480055, AU11480063, AU11480062, AU219238, AU219265, AU219263, AU219246

Published in November 2018 (6 photographs): AU219249, AU219257, AU219261, AU11452072, AU11452071, AU11452073

Published in December 2018 (16 photographs): AU219301, AU219239, AU219283, AU219240, AU219313, AU219311, AU219291, AU219248, AU219269, AU11480166, AU11480177, AU11480106, AU11480110, AU11480107, AU11480120, AU11480142

Published in February 2018 (1 photographs): AU223185

Published in March 2018 (5 photographs): AU11423887, AU11423882, AU11423891, AU11423896, AU11423895

Published in July 2018 (2 photographs): AU11424050, AU11424052

Published in August 2018 (29 photographs): AU11424054, AU11424053, AU11424051, AU11424049, AU11424047, AU11424046, AU11424045, AU11424044, AU11424042, AU11424040, AU11424063, AU11424064, AU11424062, AU11424061, AU11424060, AU11424059, AU11424058, AU11424057, AU11424056, AU11424055, AU219309, AU11424081, AU11424080, AU11424082, AU11452047, AU11452045, AU11452046, AU11480196, AU11480204

Published in September 2018 (6 photographs): AU11480064, AU11480061, AU11480068, AU11480075, AU11480057, AU11480084

Names: Wareka, Tamara
Tamara Williams, pseud.

previous next

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "E"


https://www.instagram.com/aestheticby_leena/
Verify it's you
New Chrome available
Instagram
Log In
Sign Up
aestheticby_leena
Leena Osman FNP-BC
80 posts 3,287 followers 454 following
Medical Spa
Board Certified Family Nurse Practitioner
@restore_by_rahbarmd
152 S. Lasky Drive, Suite 200, Beverly Hills, CA 90212
Booking link below 👇
Lips

# EXHIBIT "F"


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Mon Sep 8 12:00 PM
Instagram
instagram.com/p/DGix5myM5fU/?img_index=1
Work
Relaunch to update
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
THE TRUTH ABOUT
LIP FILLER MIGRATION
SWIPE
aestheticby_leena · Follow
aestheticby_leena Overfilled lips, unnatural shapes, what causes lip filler migration?
Poor technique
Too much product at once
Filler placed too close to the border
A skilled approach = defined, natural-looking lips. Want a subtle, gradual change? Sculptra can also help restore lost volume naturally over time.
Let's talk about what works for you!
#Skincare #Beauty #SkinCareRoutine #Makeup #Skin #SkinCareProducts #SkinCareTips #GlowingSkin #SelfCare #AntiAging #Organic #Like #BodyCare #BeautyCare #Health #Aesthetics #Aesthetic #Beauty #Skincare #Fitness #LipFiller #Botox #DermalFillers #Fillers #AntiAging #Gym #Lips #ExplorePage #Skin #SelfCare #Wellness #Beauty #SkinCare #Love #Health #Fitness #HealthyLifestyle
27w
nico_sittoni Thanks for share
27w Reply
laurenandra this looks great. Definitely need you to do this
27w Reply
vaultbys Give us the teaaaaa
27w Reply
mirjamlov__ Wow! I need this
27w Reply
elena_elenaavest Best
27w Reply
drewtillman_9
27w Reply
meghanereilly The best injector in the game!!
27w Reply
madmaxdoll Wow
27w Reply
courtney_selfdefined The more you know
27w Reply
lanagubana
218 likes
February 28
Add a comment...
Post
Messages




aestheticby_leena · Follow

aestheticby_leena 28w
Overfilled lips, unnatural shapes, what causes lip filler migration?

Poor technique

Too much product at once

Filler placed too close to the border

A skilled approach = defined, natural-looking lips. Want a subtle, gradual change? Sculptra can also help restore lost volume naturally over time.

Let's talk about what works for you!

#Skincare #Beauty #SkinCareRoutine #Makeup #Skin #SkinCareProducts #SkinCareTips #GlowingSkin #SelfCare #AntiAging #Organic #Like #BodyCare #BeautyCare #Health #Aesthetics

212 likes
February 26

Log in to like or comment.

# EXHIBIT "G"


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Mon Sep 8 12:00
Instagram
instagram.com/p/DHWK_1GoYeY/
Work
Relaunch to upd
aestheticby_leena • Follow
Original audio
aestheticby_leena Overfilled? Overdone?
Not happening here. Perfecting balance, proportion, and technique is the real goal. Natural-looking results take skill, and trust me, I get it.
Let's enhance, not overdo. Book a consultation today.
62 likes
Screenshot



aestheticby_leena • Follow
Original audio

aestheticby_leena 25w
Overfilled? Overdone?

Not happening here. Perfecting balance, proportion, and technique is the real goal. Natural-looking results take skill, and trust me, I get it.

Let's enhance, not overdo. Book a consultation today.

#Skincare #Beauty #SkinCareRoutine #Makeup #Skin #SkinCareProducts #SkinCareTips #GlowingSkin #SelfCare #AntiAging #Organic #Like #BodyCare #BeautyCare #Health #Aesthetics #Aesthetic #Fitness #LipFiller #BodyBuilding #Botox #DermalFillers #Fillers #Gym #Lips #ExplorePage #SelfCare #Wellness #Love #HealthyLifestyle

62 likes
March 18

Log in to like or comment.