JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA,<br>Plaintiff,<br>v.<br>LEENA OSMAN,<br>Defendant. | No. 2:26-cv-09235-JAK (AJRx)<br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (DKT. 12)**<br>**JS-6: CASE TERMINATED** |

Based on a review of the Stipulation of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation" (Dkt. 12)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above action is dismissed with prejudice in its entirety with each side to bear its own costs and attorney's fees. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

The Court retains jurisdiction over this matter until April 12, 2027, for the limited purpose of enforcing the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: October 21, 2026



John A. Kronstadt
United States District Judge